IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>BIKES ONLINE, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00236-SPB |

NOTICE OF SETTLEMENT
AND STIPULATED MOTION FOR ADMINISTRATIVE CASE CLOSURE

  Plaintiff Ronald C. Kolesar ("Plaintiff") and Defendant Bikes Online, Inc. ("Defendant"), by and through their undersigned counsel, hereby advise this Honorable Court that the parties have reached an agreement in principle <u>to resolve the Complaint</u>. The parties are finalizing settlement and dismissal documents, and they expect to file the dismissal papers within forty-five (45) days. In view of this development, the parties respectfully request that the Court issue an Order administratively closing the case pending settlement.

**SO STIPULATED:**

| **FOX ROTHSCHILD LLP** | **LYNCH CARPENTER, LLP** |
|---|---|
| <u>/s/ Patrick L. Abramowich</u><br>Patrick L. Abramowich<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219<br>(412) 394-5566<br>(412) 391-6984 (Facsimile)<br>pabramowich@foxrotschild.com<br><br>*Attorneys for Defendant* | <u>/s/ Nicholas A. Colella</u><br>Nicholas A. Colella<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>(412) 322-9243<br>(412) 231-0246 (Facsimile)<br>nickc@lcllp.com<br><br>*Attorneys for Plaintiff* |

127353424.2