UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>BIKES ONLINE, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00236-SPB |

### STIPULATION OF DISMISSAL

Plaintiff Ronald C. Kolesar and Defendant Bikes Online, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 9, 2021

*s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
nickc@lcllp.com

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Patrick L. Abramowich*
Patrick L. Abramowich
Fox Rothschild LLP
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
(412) 394-5566
pabramowich@foxrothschild.com

*Attorney for Defendant*

It is so ordered.

_____
United States District Judge